**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     *In the Interest of D.S.J., a child*

Appellate case number:   01-17-0678-CV

Trial court case number: 2016-03573J

Trial court:             313th District Court of Harris County

This is an accelerated parental-termination appeal set for submission on January 10, 2018. The appellee has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(b).

In light of the expedited nature of this appeal, and in order to allow sufficient time for appellants to file reply briefs, if any, appellee is ordered to file its brief, if any, no later than **Friday, December 15, 2017**. *See* TEX. R. APP. P. 38.6(c); *see also* TEX. R. JUD. ADMIN. 6.2(a).

It is so **ORDERED**.

Judge's signature: /s/ Michael Massengale
                            ☑ Acting individually     ☐ Acting for the Court


Date:  December 12, 2017